UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-CR-0101-WFN-5 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| v. | |
| FEDERICO RAMOS-PEREZ, | |
| Defendant. | |

**BEFORE THE COURT** is Defendant's June 30, 2017, Motion to Modify Pretrial Release Conditions. ECF No. 281. Defendant seeks permission to travel to the state of Idaho for employment purposes.

Defendant indicates neither the United States Probation Office nor the Government object to Defendant's request. ECF No. 281 at 2.

**IT IS ORDERED** that the Defendant's motion to modify the conditions of his pretrial release, **ECF No. 281**, is **GRANTED**.

Defendant may travel to the state of Idaho for purposes of employment.

Prior to leaving the district, Defendant must provide Pretrial Services with specific information as to how he can be contacted at any time that he is out of the district.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED June 30, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1