# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO RAMOS-PEREZ,<br><br>Defendant. | No. 2:17-CR-00101-WFN-5<br><br>ORDER MODIFYING PRETRIAL RELEASE CONDITIONS |

Before the Court is Defendant's Motion to Modify Release Conditions. ECF No. 596. Specifically, Defendant asks to be relieved of the requirement of home detention, which is presently included in Condition of Release Number 28. ECF No. 234

Defendant recites that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification. However, Defendant further recites that U.S. Probation Officer Erik Carlson requests that Defendant be placed on GPS monitoring if the home detention condition is removed.

**IT IS HEREBY ORDERED** that Defendant's Motion, **ECF No. 596**, is **GRANTED**. Defendant is no longer subject to home detention.

Defendant's pretrial release conditions and Condition No. 28 are **MODIFIED** to require electronic monitoring as set forth below.

### HOME CONFINEMENT/ELECTRONIC/GPS MONITORING

**(28)** Defendant shall participate in one or more of the following home confinement program(s):

ORDER - 1

**Electronic Monitoring**: The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

OR

**GPS Monitoring**: The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

All other conditions not inconsistent herewith remain in full force and effect.

**IT IS SO ORDERED**.

DATED November 27, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2