UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO RAMOS-PEREZ,<br><br>Defendant. | No. 2:17-CR-00101-WFN-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY<br><br>**MOTION GRANTED<br>(ECF No. 1074)** |

    Before the Court is Defendant's Motion to Modify Pretrial Release Conditions. ECF No. 1074. Defendant recites in his motion that neither the United States, nor U.S. Probation oppose this request. ECF No. 1074 at 3.

    Specifically, Defendant requests[1] removal of Pretrial Condition No. 28, ECF No. 599, which requires him to participate in GPS location monitoring. ECF No. 1074 at 2-3. Defendant proffers that his job duties during the winter months involve snow removal, and "due to the nature of winter-time snow removal," the GPS unit may become damaged. ECF No. 2.

---

[1] Actually, Defendant requests removal of the "SCRAM home-monitoring device" for work purposes. After consultation with Pretrial Services, the Court is aware that SCRAM is a substance abuse testing anklet not used by U.S. Probation. Therefore, the Court construes Defendant's motion as a request to remove the GPS location monitoring condition.

ORDER - 1

1  **IT IS ORDERED**, that Defendant's Motion, **ECF No. 1074**, is
2  **GRANTED**.  Defendant is no longer subject to Special Condition of Release No.
3  28, requiring him to participate in GPS location monitoring.
4  　　　All other terms and conditions of pretrial release not inconsistent herewith
5  shall remain in full force and effect.
6  　　　**IT IS SO ORDERED.**
7  　　　DATED October 23, 2018.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE